IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUNDIATA BRASHEARI TAYLOR** | Case No. 2:13-CV -03063-ODW |
| Petitioner, | 2:11-CR-00520- ODW-** |
| v. | |
| | **ORDER** |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

  On or about May 1, 2013 Petitioner filed a Motion to Vacate, Set Aside or Correct his sentence [182]. On May 16, 2013 in Case number 2:13CV-03063 the government file a Motion to Dismiss Petitioner's Motion. [4]. The same day the court issued an order dismissing the Petition as being barred by the statute of limitations. [188] in case number 11-CR-520. Issuance of that order was premature. Petitioner had not yet had an opportunity to respond to the government's motion. That order is hereby withdrawn *nunc pro tunc*. Petitioner's opposition was filed on June 7, 2013 [189].

  At this time, the court reinstates, as of this date, the court's Order of May 16, 2013. The

Page 1

rationale supporting dismissal remains unchanged.. The one-year statute of limitations imposed by 2255 (f) bars this petition. The one-year period runs from, among other events not here applicable, the date on which the judgment of conviction becomes final. Petitioner was sentenced on January 30, 2012. He had 14 days within which to file his notice of appeal. He did not do so, therefore his conviction became final 14 days after sentencing, or February 13, 2012. Petitioner's one year period within which to bring a motion under 2255 expired February 13, 2013. Petitioner did not file his 2255 motion until May 1, 2013, 77 days late. It is therefore time-barred.

The government's Motion to Dismiss [4] is therefore **GRANTED**.

DATED: July 8, 2013

OTIS D. WRIGHT, JUDGE